AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Donald W. Lovejoy and Joanne M. Lovejoy

V.

Option one Mortgage Corporation
President Bob Dubrish

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 32 ML

TO: (Name and address of Defendant)

Option One Mortgage Corporation, President Bob Dubrish
Law Offices of Nicholas Barrett and Associates
999 South Broadway
PO Box 14729
East Providence, RI 02914

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald W. Lovejoy and Joanne M. Lovejoy, pro se
94 Sinclair Ave,
Cranston, RI 02907

an answer to the complaint which is herewith served upon you, within __________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/23/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-24-08 |
|---|---|
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): R/A CT Corp 10 Weybosset St #900 Prov RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-24-08
Date

[signature: Richard Bourque]
Signature of Server

RICHARD A BOURQUE
CONSTABLE #6013
75 HOLBURN AVE
CRANSTON RI 02910
Address of Server

FILED
2008 JAN 25 A 11: 10
U.S. DISTRICT COURT
OF RHODE ISLAND

cc: President Bob Dverish
Option One Mortgage Corp.
6501 Irvine Center Dr.
Irvine CA.
92618

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.