UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD W. LOVEJOY and<br>JOANNE M. LOVEJOY<br><br>v.<br><br>OPTION ONE MORTGAGE CORPORATION,<br>President Bob Dubrish, LAW OFFICES OF<br>NICHOLAS BARRETT & ASSOCIATES,<br>DEUTSCHE BANK NATIONAL TRUST as Trustee<br>For ASSET SECURITIZATION CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 08-32 ML |

EX PARTE MOTION PURSUANT TO Fed.R.Civ.P. 6(b)(1)(A)
TO EXTEND TIME FOR THE DEFENDANTS
TO RESPOND TO THE PLAINTIFFS' COMPLAINT

Defendants Option One Mortgage Corporation, Law Offices of Nicholas Barrett & Associates and Deutsche Bank National Trust as Trustee for Asset Securitization Corporation hereby file this Ex Parte Motion pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend the time within which they may respond to the plaintiffs' Complaint for a period of 30 days. In support of this motion, the defendants assert the following:

1. This complaint has been filed *pro se* with the plaintiffs including in the complaint only their names and addresses without a telephone number or email address. As a consequence, the defendants cannot reliably contact the plaintiffs quickly to request an extension cooperatively. A copy of this Motion has been mailed to the plaintiffs on February 11, 2008.

2. The complaint was served upon the defendants on January 24, 2008. The return date is February 13, 2008. This Motion is filed prior to the expiration of the return date.

3. Counsel was engaged on behalf of the defendants on February 8, 2008.

4. The complaint is 33 pages and 105 paragraphs in length and concerns the plaintiffs attempt to seek rulings from this Court, *inter alia*, as to the legality of a foreclosure sale held with respect to real property owned by them as well as subsequent, on-going eviction proceedings, and asks this Court to make RICO violation findings arising from the foreclosure and compel the Securities and Exchange Commission to take various enumerated actions with respect to the status of all mortgage notes in the United States.

5. Because of the length of and numerous odd issues raised by the plaintiffs in their complaint, the defendants require the additional time sought to evaluate and determine the appropriate response to the plaintiffs' complaint.

WHEREFORE, the defendants respectfully request that their Ex Parte Motion to Extend Time For The Defendants To Respond To The Plaintiffs Complaint be granted and that they be allowed until March 14, 2008 to file a response to the plaintiff's complaint.

OPTION ONE MORTGAGE
CORPORATION, LAW OFFICES OF
NICHOLAS BARRETT & ASSOC. and
DEUTSCHE BANK NATIONAL TRUST
By their Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

**THE DEFENDANTS HEREBY
DEMAND TRIAL BY JURY**

CERTIFICATION

I hereby certify that on the 11th day of February, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that also on that date a true copy was mailed via first class mail, postage pre-paid, to Donald W. Lovejoy and Joanne M. Lovejoy, pro se, 94 Sinclair Avenue, Cranston, RI 02907.

/s/ Patricia A. Buckley