UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD W. LOVEJOY and<br>JOANNE M. LOVEJOY | : | |
| v. | : | C.A. 08-32 ML |
| OPTION ONE MORTGAGE CORPORATION,<br>President Bob Dubrish, LAW OFFICES OF<br>NICHOLAS BARRETT & ASSOCIATES,<br>DEUTSCHE BANK NATIONAL TRUST as Trustee<br>For ASSET SECURITIZATION CORPORATION | : | |

DISMISSAL STIPULATION

It is agreed by the parties that this matter is hereby dismissed with prejudice as to all defendants, no interest, no costs.

DONALD W. LOVEJOY, *pro se* and
JOANNE M. LOVEJOY, *pro se*

Donald W. Lovejoy

DONALD W. LOVEJOY
170 Morgan Avenue
Johnston, RI 02919

Joanne M. Lovejoy

JOANNE M. LOVEJOY
170 Morgan Avenue
Johnston, RI 02919

OPTION ONE MORTGAGE
CORPORATION, LAW OFFICES OF
NICHOLAS BARRETT & ASSOC. and
DEUTSCHE BANK NATIONAL TRUST
By their Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

Dated: 3/28/08

CERTIFICATION

I hereby certify that on the 28th day of March, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that also on that date a true copy was mailed via first class mail, postage pre-paid, to the address supplied to counsel by the plaintiffs on March 24, 2008: Donald W. Lovejoy, *pro se* and Joanne M. Lovejoy, *pro se*, 170 Morgan Ave., Johnston, RI, 02919.

/s/ Patricia A. Buckley